(118 So. 258)

### S. H. BLAN, Auditor, v. HOLLYWOOD REALTY CO. (3 Div. 859.)

Supreme Court of Alabama. Oct. 4, 1928.

See, also, Blan, Auditor, v. Hollywood Realty Co. (Ala. Sup. 3 Div. 802) ante, p. 1, 118 So. 257.

Rushton, Crenshaw & Rushton, of Montgomery, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

BOULDIN, J. Petition of the Hollywood Realty Company for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Blan, Auditor, v. Hollywood Realty Co., 22 Ala. App. 537, 118 So. 253.
Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.